Pro Se 1 2016

FILED ____ ENTERED
____ LODGED ____ RECEIVED

OCT 22 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Douglas H. Rough

Plaintiff(s),

v.

Chase, et al

Defendant(s).

18 CV 01555

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes ☐ No

I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Douglas Houghton Rough
Street Address: 10912 NE 133rd St
City and County: Kirkland, King County
State and Zip Code: WA 98034
Telephone Number: 425-821-5529

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

B. Defendant(s)

   *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

   Defendant No. 1

   | | |
   |---|---|
   | Name | Chase Bank |
   | Job or Title *(if known)* | |
   | Street Address | 3415 Vision Drive OH4-7120 |
   | City and County | Columbus |
   | State and Zip Code | OH 43219 |
   | Telephone Number | |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Wells Fargo |
   | Job or Title *(if known)* | |
   | Street Address | PO Box 340214 |
   | City and County | Sacramento |
   | State and Zip Code | CA 95834-0214 |
   | Telephone Number | |

   Defendant No. 3

   | | |
   |---|---|
   | Name | Barclay card |
   | Job or Title *(if known)* | |
   | Street Address | PO Box 8801 |
   | City and County | Wilmington |
   | State and Zip Code | DE 19899-8801 |
   | Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

Defendant No. 4

    Name     ALN

    Job or Title *(if known)*

    Street Address     2401 Ogletown Rd

    City and County     Newark

    State and Zip Code     DE     19711-6403

    Telephone Number

See [1] Defendants attached

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

84 Stat. 922-3 aka 84 Stat. 941; 18 USC §§ 1961-1968; 92 Stat. 3641 aka 92 Stat. 3728; 12 USC ch 3 §226 et seq 15 USC ch 41 §1601 et seq. 15 USC ch 41 §1693; 15 USC §1666(a)

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff *(name)* __Douglas Rough__, is a citizen of the State of *(name)* __Washington__.

        b.  If the plaintiff is a corporation.

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

    2.  The Defendant(s)   see [1] Defendants attached

        a.  If the defendant is an individual.

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

        b.  If the defendant is a corporation.

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

1    3.   The Amount in Controversy.

2  The amount in controversy-the amount the plaintiff claims the defendant owes or the

3  amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

4  Chase fraud amt = $30,442; Wells Fargo barclaycard

5  amt fraud = $47,843; Wages lost = $640,890; est

6  legal costs ## 1,000,000; private detective $250

7

## III.  STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

12  See [2] Statement of Claim attached

13

14

## IV.  RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

19  Total damages including fraud, costs of defense,

20  lost wages interest and court costs actual plus

21  est. = $1,751,556 $1,791,946. Per RICO laws this should triple to $5,375,837

## V.  CERTIFICATION AND CLOSING

23  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

24  knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 22, 2018

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Douglas Rough

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____


1  Attachment to Rough v. Chase et al.

2  [1] Defendants

3

4

5  Chase Bank

6  3415 Vision Drive OH4-7120

7  Columbus, OH   43219

8

9

10  Wells Fargo

11  PO Box 340214

12  Sacramento, CA   95834-0214

13

14

15  Barclaycard

16  PO Box 8801

17  Wilmington, DE   19899-8801

18

19  ALN

20  2401 Ogletown Rd.

21

22  Newark, DE   19711-6403

23

24  MC Medical AG

25  Hector Loritz

26  [False physical address given]

27

28  h.loritz@mc-medicalag.com

PLEADING TITLE - 1

Attachment to Rough v. Chase et al.

[1] Defendants continued

Asian Firov

301 Thorn Lane #7

Newark, DE  19711-4412

Nikita Rubetskoy

2401 Ogletown Rd.

Newark, DE  19711-6403

Vitalii Volchengkov

2401 Ogletown Rd.

Newark, DE  19711-6403

Sergei Chuchalin

2401 Ogletown Rd.

Newark, DE  19711-6403

PLEADING TITLE - 2

Attachment to Rough v. Chase, et al.

[2] Statement of Claim

In early September 2017 I was offered employment by MC Medical AG, a Swiss company expanding into the US in the medical field according to their web site. I was interviewed by phone and passed. I was given a contract stating that if I passed a series of training tests, I would be offered a permanent job Nov. 1, but in any event I would be paid $2500 for the training. I signed an agreement that did not restrict me from working elsewhere while I did the training. I passed each of the training tests over about five weeks and was asked on October 11, 2017 to buy some equipment, being paid by transferring money into my Chase credit card. Being unfamiliar with this kind of transfer, I called Chase on Oct. 11 and told them what I was doing and specifically asked if the money transferred into my account could be reversed. I was told that after 24 hours, the money could not be reversed out of my credit card account "without a court order."

I transferred money from a Chase account number, typed in "MC Medical AG" as the business account name, and money was transferred into my Chase credit card (actual amounts are entered as evidence). Relying on the Chase advice, I waited 24 hours, then bought some equipment. On chase.com the account balance showed the transferred money and the purchases as expected. I waited a few days and all showed as expected on chase.com, and I was asked to repeat the process. Again I waited 24 hours after the transfer from the "MC Medical AC" business account and bought equipment. At this point I was approached by ALN, another Swiss company also expanding into the US per their web site, but ALN had two US addresses as well as a Swiss

PLEADING TITLE - 1

address. ALN offered more money and seemed like they were more established in the US. Again, I passed the interview and was offered a job with higher pay than with MC-Medical AG. Again I was asked to buy equipment via a credit card payoff. Again, based on the Chase phone advice from Oct. 11 and my experience seeing that it "worked" with MC Medical AG, I did not see anything wrong with this. I chose to use my Barclaycard rather than the Chase card for ALN. ALN provided a Wells Fargo account for transferring money to Barclaycard. Similarly, I used "ALN" as the Wells Fargo business account name.

After three weeks of transfers and purchases, suddenly all the money transferred into both my Chase card and my Barclaycard was reversed. The Chase advice I was given was not true, there was no court order. (Actual transfers and bank statements are entered as evidence).

I was harmed by all of the defendants due to: 1. The cost of the fraud; 2. The excess interest charged by the banks; 3. The cost to investigate the fraud (such as hiring a private investigator); 4. The lost wages (as a financial advisor, I cannot be known as a victim of a fraud such as this. Like it or not, the culture in the US is to blame victims almost no matter what the crime, but especially for financial fraud. Even though I did a great deal of due diligence—checking web sites, calling phone numbers, attempting to check physical addresses, reading contracts, determining that the equipment I was sending to Delaware was not available locally in Delaware, etc.—enough people will blame me that I know I cannot continue in the financial advice industry. I count lost future wages as a cost.); 5. The legal cost to defend myself. None of the dozens of lawyers I contacted were willing to take this case on contingency, so I am paying out of pocket as I can. I estimate the cost of defense based on my costs so far.

PLEADING TITLE - 2

The banks should also be required to: 1. Match account names and numbers when transfers happen and 2. Require a password for moving money out of an account.

Again, this fraud would not have been possible without the advice from Chase, and the lack of simple authentication measures from Chase, Wells Fargo and Barclaycard. I would not have agreed to do what I did had I known there was any possibility that the money would be taken back out of the account.

Summary

When someone is hired, paid as agreed, and puts their wages into a bank, it is the ultimate breach of faith between the bank and customer for the bank to take the employee's wages out of the employee's account when the bank has a dispute with the employer. That is the basis of what happened here.

However, what happened here is far worse. The banks are knowingly complicit in a fraud scheme affecting thousands of people every day by not taking simple actions to stop it.

1. Fraud has been happening for years by criminals telling ordinary citizens like me to transfer money from some target account to their own.

2. The banks know about these fraud schemes and have not done anything effective to stop it.

3. The banks profit from their lack of effective action by charging much higher interest rates to the victims of the fraud.

PLEADING TITLE - 3

4. The banks intimidate the victims by claiming that they did not have "authorization" to transfer the funds, implying that the victims have committed a crime.

Point 1: The banks have various names for this, and so do other federal agencies. It has been going on for years. Simply, someone is "hired" by a company that looks legitimate but is not. This company then pays the "hired" person by giving email authorization to electronically transfer money from a "company account" to the "hired" person's account. Later, that money is withdrawn because the bank says the "hired" person did not have "authorization."

In this case, I called Chase and explained what I was doing and asked if it was possible for the bank to later withdraw this money. The bank gave me false, misleading and incorrect information over the phone, which caused me to decide to proceed. Without this information obtained from this call, I would not have proceeded.

Point 2: The banks know about this scheme. What could they do to stop it? Very simply—require a password! By not requiring a password or some other simple account verification the banks are effectively giving anyone the right to temporarily transfer money from any account to their own. It is not true that the "hired" person does not have authorization—anyone who can type numbers of a valid account effectively has authorization.

Point 3: I typed in the name of the company who "hired" me and an account number. Only two possibilities exist: Either the account number was associated with the company typed or not. If the company name was associated with the account, then the banks are directly complicit by

PLEADING TITLE - 4

allowing a company to fraudulently pay people, then revoke those payments time and time again. If the company name typed was not associated with the account number typed, then the banks are complicit by not acting on information they have. In other words, why didn't the bank simply check to make sure the account name and company name matched?

By not requiring simple passwords, company name and account matching or some type of authorization, the banks have put virtually every account at risk. They are not incented to solve this problem because they make excessive profits on it. Both Chase and Barclaycard refused to lower the interest rate charged for my accounts to anything close to what they were charging before this occurred. This is typical. Interest rates charged victims after these fraud schemes are often many times what the rate was before, and the balances are also many times the previous average balances for their credit accounts. (For example, if the banks were charging effectively 2% interest for a $2000 credit card balance, when they charge 20% interest for a $20,000 balance they make 100 times as much money!)

Point 4: Intimidation. Very few lawsuits are filed on this, even though it has affected tens of thousands of people over a period of years. And it is still happening. Banks still send letters to victims claiming the victim did not have "authorization" to make the transfer. This implies the victim committed a crime. A big factor in the lack of lawsuits has to be intimidation by the banks. Intimidation and the implication that the victim can be charged with a crime is in itself a crime.

PLEADING TITLE - 5

Even lawyers are intimidated. I talked to dozens of lawyers who would not take this case on contingency. The only lawyers I got help from wanted payment up front. A large part of the damages I seek are future legal costs, which I will have to pay up front as this is a complex case.

I have proof that this is fraud helped by banks happening over and over again (as evidenced by photos of thousands of boxes at ALN plus other evidence). I have and can obtain more proof that the banks know about it and are obtaining extra profits from it by charging higher than normal interest on the new much higher account balances. I will prove that the banks perpetuate this fraud by not only having a lack of effective (and simple!) safeguards, but also by incorrect and misleading telephone advice.  And I have proof of victim intimidation by the banks.

The banks are effectively associating with those perpetuating fraud by knowing about it for years, obtaining extra profits from it, providing incorrect phone advice and refusing to take simple actions to stop it.

I apologize if I have not been clear in my discussion. I am not a lawyer and this is all new to me. I know my odds of winning this suit are long, but I hang on to some hope for justice here for not just me but for thousands more like me.

Associated US laws

Statutes at Large: 84 Stat. 922-3 aka 84 Stat. 941

U.S.C. sections created: 18 U.S.C. §§ 1961–1968

PLEADING TITLE - 6

Statutes at Large: 92 Stat. 3641 aka 92 Stat. 3728

U.S.C. sections amended: 12 U.S.C. ch. 3 § 226 et seq. 15 U.S.C. ch. 41 § 1601 et seq. 15 U.S.C. ch. 41 § 1693 et seq

15 U.S.C. § 1601 et seq.

15 U.S.C. § 1666(a).

Evidence attached

Correspondence between the defendants and me. Note that the banks consistently accuse me of making unauthorized transactions, when I have not only authorization via email, typed in the names of the companies involved, but I also called them and told them what I was doing.

Evidence that I contacted many federal agencies, my US Senators and my US Representative with unsatisfactory results.

Bank statements

Private investigator results and photos of thousands of packages similar to the ones I sent, plus names and addresses of ALN employees. (I could not afford to pay the private investigator to investigate MC Medical AG as well so I have less information for them.)

Legal help

PLEADING TITLE - 7